(Reap. Dec. 9605)

PLYWOOD & DOOR NORTHERN CORPORATION v. UNITED STATES

Entry No. 11509.

(Decided February 25, 1960)

*James Wilson Young* for the plaintiff.

*George Cochran Doub*, Assistant Attorney General, for the defendant.

MOLLISON, Judge: Counsel for the parties have submitted the above-enumerated appeal for reappraisement upon stipulation upon the basis of which I find foreign value, as defined in section 402(c),

Tariff Act of 1930, as amended, to be the proper basis for the determination of the value of the plywood involved, and that such value is the appraised unit value, less 4 per centum, net, packed.

Judgment will issue accordingly.